USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SIME SANDEL et al.,

                              Plaintiffs,          **19-CV-7546 (KHP)**

        -against-                      **ORDER**

UNITED STATES OF AMERICA,

                              Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the national emergency, the status conference in this matter scheduled for April 23, 2020 is hereby adjourned. In lieu of a conference, the parties are directed to file a joint letter to update the Court as to the status of the case.

    **SO ORDERED.**

DATED:    New York, New York
               March 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge