USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/05/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

SANDEL et al.,

                        Plaintiffs,

    -against-

UNITED STATES OF AMERICA,

                        Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**
**19-CV-7546 (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management Conference in this matter is hereby scheduled for **Thursday, January 6, 2022 at 11:30 a.m.** in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
              November 5, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge