USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SANDEL et al.,

                                Plaintiffs,

       -against-

UNITED STATES OF AMERICA,

                                Defendant.
-----------------------------------------------------------------X

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE**
19-CV-7546 (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for **Thursday, January 6, 2022, at 11:30 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

       SO ORDERED.

DATED:    New York, New York
               December 22, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge