UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SIME SANDEL et al.,

                       Plaintiffs,                            **19-CV-7546 (KHP)**

          -against-                                 **ORDER**

UNITED STATES OF AMERICA,

                       Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the May 24, 2022, case management conference:

The deadline to complete discovery is June 30, 2022.

By July 1, 2022, the parties must file a status letter informing the Court whether the parties want a referral for settlement and informing the Court whether any witnesses will be unavailable to testify during the week of September 19 or during the period from October 11-19.

      **SO ORDERED.**

DATED:      New York, New York
                  May 24, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2022