USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SIMCHE SANDEL et al.,

                              Plaintiffs,

        -against-                                      **19-CV-7546 (KHP)**

UNITED STATES OF AMERICA,                      **ORDER**

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court understands the parties have reached a settlement agreement. The Case Management Conference previously scheduled for Wednesday, March 29, 2023 at 10:00 a.m. is adjourned *sine die*.

Further, this action will be dismissed without costs (including attorneys' fees) to either party on **Friday, May 19, 2023,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action. To be clear, any request that the action not be dismissed must be filed on or before Friday, May 19, 2023, and any request filed thereafter may be denied solely on that basis.

**SO ORDERED.**

DATED:       New York, New York
                March 24, 2023

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge